**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FBI WIND DOWN, INC. (f/k/a Furniture | ) | Case No. 13-12329 (CSS) |
| Brands International, Inc.), *et al.* | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtors | ) | |
| | ) | |
| FBI WIND DOWN, INC. LIQUIDATING | ) | |
| TRUST, by and through Alan D. Halperin, | ) | |
| as Liquidating Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Adv. Proc. No. 15-51212 (CSS) |
| LEGGETT & PLATT INCORPORATED | ) | |
| d/b/a SUPER SAGLESS; LEGGETT & | ) | |
| PLATT COMPONENTS COMPANY, INC. | ) | |
| d/b/a SUPER SAGLESS; and L&P FINANCIAL | ) | |
| SERVICES CO., | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for Leggett & Platt Incorporated d/b/a Super Sagless; Leggett & Platt Components Company, Inc. d/b/a Super Sagless; and L&P Financial Services Co. (collectively, the "Defendants") in the above-captioned adversary proceeding pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The below attorneys demand, pursuant to Bankruptcy Rules 2002, 9007, and 9010(b), and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, that all notices given or required to be given in the above-captioned adversary proceeding be given to and served upon them at the following addresses:

1

Matthew P. Austria
Werb & Sullivan
300 Delaware Avenue, Suite 1300
Wilmington, Delaware  19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
Email: maustria@werbsullivan.com

Kevin Checkett
Mariann Morgan
Checkett & Pauly
517 South Main Street
P.O. Box 409
Carthage, Missouri 64836
Telephone: (417) 358-4049
Facsimile: (417) 358-6341
Email: jkc@cp-law.com
           mam@cp-law.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, email, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance**,** nor any later appearance, pleading, claim, or suit shall waive any right of Defendants (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

2

Dated: August 31, 2015
       Wilmington, Delaware

**WERB & SULLIVAN**

/s/ Matthew P. Austria
Matthew P. Austria (No. 4827)
300 Delaware Avenue, Suite 1300
Wilmington, Delaware  19801
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
Email: maustria@werbsullivan.com

-and-

**CHECKETT & PAULY**
Kevin Checkett
Mariann Morgan
517 South Main Street
P.O. Box 409
Carthage, Missouri 64836
Telephone: (417) 358-4049
Facsimile: (417) 358-6341
Email: jkc@cp-law.com
       mam@cp-law.com

**Counsel for Defendants**

3